IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

CHRISTOPHER RENOUF,

    Plaintiff,

v.                                        Case No. 2:21-cv-02443-MSN
                                         JURY DEMANDED

EXPEDITORS INTERNATIONAL
OF WASHINGTON, INC.,

    Defendant.

---

## JUDGMENT

---

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed July 2, 2021,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, under Federal Rule of Civil Procedure 41(a)(1)(A)(i) and in accordance with Plaintiff's Notice of Voluntary Dismissal with Prejudice, filed October 25, 2021, (ECF No. 75), settling this matter between the parties and dismissing all claims against Defendant with prejudice, all claims against Defendant are hereby **DISMISSED WITH PREJUDICE**.

APPROVED: *s/ Mark S. Norris*
                  MARK S. NORRIS
                  UNITED STATES DISTRICT JUDGE

DATE:     October 25, 2021